**Fill in this information to identify the case:**

Debtor 1 __Carole Elaine Callahan__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____   District of __Utah__
(State)

Case number __19-26295__

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** __Quicken Loans__

**Court claim no.** (if known): __5__

**Last 4 digits** of any number you use to identify the debtor's account: __9900__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 09/30/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Review of 410A | 09/30/2019 | (11) | $ 250.00 |
| 12. Other. Specify: Plan Review | 08/30/2019 | (12) | $ 150.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 1

Debtor 1  Carole Elaine Callahan
         First Name   Middle Name   Last Name

Case number (if known) 19-26295

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____/s/ Tyler Wirick_____
Signature

Date 10 / 2 / 2019

Print: Tyler Wirick
       First Name   Middle Name   Last Name

Title  Agent for Creditor

Company  Aldridge Pite, LLP

Address  4375 Jutland Dr. Suite 200; P.O. Box 17933
         Number    Street
         San Diego                    CA        92177
         City                         State     ZIP Code

Contact phone  ( 858 ) 750 – 7600

Email  twirick@aldridgepite.com

# CERTIFICATE OF SERVICE

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.  I am over the age of eighteen years and not a party to this case.

On October 2, 2019, I caused the Notice of Postpetition Mortgage Fees, Expenses, and Charges  by placing a true copy thereof in an envelope with postage thereon fully prepaid in the United States Mail at San Diego, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-2 as follows:

Carole Elaine Callahan
4647 Black Elk Way
West Jordan, UT 84088
(VIA U.S. MAIL)

Brian D. Johnson
290 25th Street
Suite 208
Ogden, UT 84401
courtmail@bdjexpresslaw.com
(VIA ELECTRONIC NOTICE)

Lon Jenkins tr
405 South Main Street  Suite 600
Salt Lake City, UT 84111
ecfmail@ch13ut.org
(VIA ELECTRONIC NOTICE)

U.S. Trustee
United States Trustee
Washington Federal Bank Bldg.
405 South Main Street Suite 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov
(VIA ELECTRONIC NOTICE)

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2019                          /s/Melissa Gonzalez
                                                MELISSA GONZALEZ